UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN GUY WELTY,

    Petitioner,

v.

RON HAYNES,

    Respondent.

CASE NO. 3:19-cv-05734-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 16), Petitioner's Objections to the Report and Recommendation (Dkt. 17), Petitioner's Motion for Certificate of Appealability (Dkt. 18), and the remaining record, does hereby find and ORDER that:

(1) The Court ADOPTS the Report and Recommendation (Dkt. 16). The Petition is time-barred, and Petitioner's Objections warrant no further discussion.

(2) The Petition (Dkt. 6) is DISMISSED with prejudice.

(3) A certificate of appealability is DENIED, and Petitioner's conclusory Motion for Certificate of Appealability (Dkt. 18) is DENIED.

**DATED** this 5th day of May, 2020.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge